UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TERA HUBBARD,**

    **Plaintiff,**

**v.**                                                                                                    Case No: 5:22-cv-349-JSM-PRL

**FAMILY DOLLAR STORES OF FLORIDA, LLC and JOHN DOE,**

    **Defendants.**

## ORDER

On December 21, 2022, Defendant moved to compel Plaintiff to respond to its discovery requests. (Doc. 14). Defendant's motion recites that Plaintiff failed to reply to its first set of interrogatories and its first requests to produce, despite an extension and Defendant's efforts to follow up on its requests. Plaintiff failed to file a response to the motion to compel within the time permitted.

Apparently in response to the motion to compel, on December 29, 2022, the plaintiff filed a notice of compliance, representing that she served Defendant with the discovery requests at issue on December 28, 2022. (Doc. 15). Although Defendant's motion is now moot, Plaintiff concedes that she only served her responses to the discovery requests after the defendant's motion was filed. Thus, Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure applies in the circumstances presented here.

Accordingly, and upon due consideration, it is Ordered that:

(1) Defendant's motion to compel discovery (Doc. 14) is **DENIED** as moot.

(2) Because Plaintiff has conceded that she served her discovery responses only after the motion was filed, and Plaintiff has not demonstrated that her failure to timely respond to the discovery requests was substantially justified or demonstrated that other circumstances would make an award of expenses unjust under Rule 37(a)(5)(A), Defendant's request for reasonable expenses, including attorney's fees (Doc. 14) incurred in making the motion is due to be **GRANTED**.

(3) Within 14 days of the entry date of this Order, Defendant is directed to file an affidavit supporting its motion for reasonable expenses, including attorney's fees, incurred in making the motion. Plaintiff shall then have 7 days from the date that Defendant's affidavit is filed to file any objections to the expenses and fees sought. Upon receipt of Defendant's affidavit and any objections by Plaintiff, the Court will enter an appropriate award or, if necessary, set the matter for an evidentiary hearing. Alternatively, if the parties are able to reach an agreement regarding reasonable expenses, including attorney's fees, they should so advise the Court by written notice within the time frame stated above.

**DONE** and **ORDERED** in Ocala, Florida on January 5, 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties